UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT FEEMAN, GUSTAVO GILLY, and MICHAEL COLLINS, individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**BRIDGE IT, INC., d/b/a BRIGIT,**<br><br>**Defendant.** | CASE NO.: 1:25-cv-03806-LJL-RWL |

## ORDER

**THIS COURT,** having considered the Plaintiffs' Motion to Amend by Interlineation, Plaintiff's motion is **GRANTED**. Within seven (7) days of this Order, Plaintiffs shall file a corrected version of the Amended Complaint. The corrected Amended Complaint shall include no modifications or changes other than the interlineation requested. The interlineated complaint shall be deemed filed as of June 27, 2025, the date the original Amended Complaint was filed.

**SO ORDERED** on ___July___, _10_, 2025.

_____
Honorable Lewis J. Liman
UNITED STATES DISTRICT JUDGE