```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBERT FEEMAN, et al.,                                            :
                                                                  :
                          Plaintiffs,                             :
                                                                  :       25-cv-3806 (LJL)
            -v-                                                   :
                                                                  :           ORDER
BRIDGE IT, INC.,                                                  :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case is scheduled for conference on September 16, 2025.  Defendant has moved to dismiss or, in the alternative, to compel arbitration.  Dkt. No. 32.  However, it argues that the correct disposition, if the Court agrees with its arguments, is for the Court to dismiss the complaint under Rule 12(b)(6) with prejudice.  *Id.* at 28.  The Court intends to address the motion expeditiously and efficiently.  To that end, the parties shall be prepared to address at the conference whether the Court need address the motion to compel arbitration or whether instead the Court should construe Defendant's argument as a waiver of its right to arbitrate or to enforce the waiver of the class-action mechanism with the consequences that (1) if the Court grants the motion to dismiss, the Court will fully and finally resolve this case on the merits; and (2) if the Court denies the motion to dismiss, Defendant (and Plaintiffs) will be foreclosed from later arguing that the case should be decided in an arbitral forum.  *Cf. Doyle v. UBS Fin. Servs., Inc.*,

144 F.4th 122, 131 (2d Cir. 2025) (holding that where defendant moved to dismiss without mentioning possible availability of arbitration, defendant waived the right to compel arbitration).

SO ORDERED.

Dated: September 8, 2025
      New York, New York

                                          LEWIS J. LIMAN
                               United States District Judge