```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBERT FEEMAN, et al.,                                             :
:
                Plaintiffs,                          :
:    25-cv-3806 (LJL)
     -v-                                                         :
:    <u>ORDER</u>
BRIDGE IT, INC.,                                                   :
:
                Defendant.                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A conference was held in this matter yesterday, September 16, 2025. For the reasons provided on the record, discovery in this matter is stayed. The parties may serve document requests on one another within thirty days of this Order, but no obligation exists to respond to those requests until the Court has so ordered. Within two weeks of a decision on Defendant's pending motion to compel arbitration or to dismiss the complaint, *see* Dkt. No. 31, the parties shall contact the Court requesting a discovery scheduling conference, if one is necessary.

      SO ORDERED.

Dated: September 17, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                                   United States District Judge