UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBERT FEEMAN, et al.,                                             :
:
:
                              Plaintiffs,                           :
:                          25-cv-3806 (LJL)
         -v-                                                        :
:                              ORDER
BRIDGE IT, INC.,                                                   :
:
                              Defendant.                            :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/6/2026___

LEWIS J. LIMAN, United States District Judge:

Oral argument on the pending motion to dismiss, *see* Dkt. No. 31, is scheduled for 10:30

AM on February 19, 2026, in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 6, 2026
       New York, New York                          _____
                                                        LEWIS J. LIMAN
                                                   United States District Judge