UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/17/2026

---------------------------------------------------------------------X
:
ROBERT FEEMAN, et al.,                                               :
:
                          Plaintiffs,                               :
:                          25-cv-3806 (LJL)
       -v-                                                          :
:                              ORDER
BRIDGE IT, INC.,                                                    :
:
                          Defendant.                               :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 13, 2026, Defendant filed notice of an interlocutory appeal from the Court's March 30, 2026 Opinion and Order denying the motion to dismiss or compel arbitration.  Dkt. Nos. 70, 72.  The Court then ordered Plaintiffs to show cause why the case should not be stayed. Dkt. No. 73.  Plaintiffs have filed a response indicating that they do not oppose staying this action.  Dkt. No. 74.

Accordingly, it is hereby ordered that this case is stayed pending a decision from the Second Circuit on Defendant's interlocutory appeal.  The conference scheduled for May 7, 2026 is canceled.

SO ORDERED.

Dated: April 17, 2026                      _____
       New York, New York                           LEWIS J. LIMAN
                                                 United States District Judge